THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MARCUS FULLER, Defendant-Appellant.

(No. 56715;

First District—September 20, 1972.

Opinion by Mr. PRESIDING JUSTICE DIERINGER.

William F. Schwind, Jr., of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and John C. O'Rourke, Jr., Assistant State's Attorneys, of counsel,) for the People.